IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ALSON ALSTON | : | CIVIL ACTION |
| _____ | : | |
| ALSON ALSTON, | : | NO. 13-1855 |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | (BANKRUPTCY NO. 12-15871) |
| ROBERTA A. DEANGELIS, | : | |
| Appellee | : | |
| | : | |

## ORDER

**AND NOW**, this 27th day of November, 2013, upon consideration of the briefs of the parties, and after a review of the record, it is **ORDERED** that the Order of the Bankruptcy Court for the Eastern District of Pennsylvania dated February 25, 2013, is **AFFIRMED IN PART** and **VACATED IN PART**.

**IT IS FURTHER ORDERED** that:

1. The Bankruptcy Court's dismissal of the bankruptcy case is **AFFIRMED**.

2. The judgment in favor of the United States Trustee and against the appellant in the amount of $1,300 is **VACATED**.

3. The case is **REMANDED** to the Bankruptcy Court for a determination of the fees, if any, the appellant owes to the United States Trustee.

/s/ Timothy J. Savage

TIMOTHY J. SAVAGE,  J.